1

2

3

4

5

6

7

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11  TEDRA BONUCCHI,                    )      NO. CV 09-1517-E
                                       )
12                  Plaintiff,         )
                                       )
13        v.                           )          **JUDGMENT**
                                       )
14  MICHAEL J. ASTRUE, COMMISSIONER    )
    OF SOCIAL SECURITY ADMINISTRATION, )
15                                     )
                    Defendant.         )
16                                     )
    _____)

17

18

19      IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment

20  is granted and judgment is entered in favor of Defendant.

21

22          DATED:  August 13, 2009.

23

24                  _____/S/_____
                              CHARLES F. EICK
25                    UNITED STATES MAGISTRATE JUDGE

26

27

28